| Case | Number | Date | Disposition | Judge/Office |
|---|---|---|---|---|
| Shaw v. U.S. | 14–CF–725, 16–CO–6 | 09/06/2017 | Affirmed in part, Vacated in part, Remanded in part | Anderson |
| Garrett v. U.S. | 14–CO–1439 | 09/06/2017 | Affirmed | Gardner, Jr. |
| Harshaw v. U.S. | 16–CF–264 | 09/06/2017 | Affirmed | Anderson |
| S.C. v. J.D. | 15–FM–1425, 15–FM–1426 | 09/05/2017 | Affirmed | Epstein |
| Hardy v. Caplan | 16–CV–642 | 09/05/2017 | Affirmed | Clark |
| Sostaric v. Sostaric | 16–FM–554 | 10/31/2017 | Affirmed | Epstein |
| Walker v. U.S. | 15–CF–349 | 10/31/2017 | Affirmed | Canan |
| Thompson v. U.S. | 16–CM–970 | 10/30/2017 | Affirmed | Nooter |
| Reckling v. Rayford | 16–FM–839 | 10/27/2017 | Affirmed | Zeldon |
| McCauley v. Hess | 16–CV–221 | 10/27/2017 | Affirmed | Clark |
| Holmes v. U.S. | 15–CF–113 | 10/24/2017 | Affirmed | Lee |
| Givens v. U.S. | 15–CF–1348 | 10/23/2017 | Affirmed | Edelman |
| Marshall v. Tricom Training Institute | 15–AA–346 | 10/23/2017 | Remanded | Office of Administrative Hearings |
| McCall v. DC Board of Pharmacy | 16–AA–245 | 10/23/2017 | Affirmed | DC Board of Pharmacy |
| Mebane v. U.S. | 15–CF–1297 | 10/23/2017 | Affirmed in part, Remanded in part | Anderson |
| Raymond v. Heiligenstein | 16–FM–664 | 10/23/2017 | Affirmed | Epstein |
| Bowman v. U.S. | 16–CM–592 | 10/13/2017 | Affirmed | Burgess, Jr. |
| Brewster v. U.S. | 15–CO–1432 | 10/13/2017 | Affirmed | Satterfield |
| Lightfoot v. DC Commission on Human Rights/National Railroad Passenger Corp. | 16–AA–359 | 10/13/2017 | Affirmed | Office of Human Rights |
| Pinkney v. Pinkney | 16–FM–854 | 10/03/2017 | Affirmed | Iscoe |
| Newland v. Capital One Bank, N.A. | 15–CV–1231 | 10/02/2017 | Affirmed | Dixon, Jr. |
| Johnson v. US | 14–CF–270 | 11/28/2017 | Affirmed in part, Remanded in part | Dixon, Jr. |
| Mason v. U.S. | 16–CM–1264 | 11/27/2017 | Affirmed | Satterfield |
| Williams v. DC Housing Authority | 16–AA–1114 | 11/27/2017 | Affirmed | DC Housing Authority |
| Ramos v. Avis Budget Group, Inc. | 16–CV–1089 | 11/22/2017 | Affirmed | Clark |
| Lawrence v. U.S. | 16–CO–489 | 11/22/2017 | Affirmed | Motley |